JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant – LOPEZ-BENITEZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-CR-00106-APG-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ALBERTO LOPEZ-BENITEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRE-PLEA PRESENCE REPORT**

COMES NOW, defendant LUIS ALBERTO LOPEZ-BENITEZ, by and through her attorney of record, JESS R. MARCHESE, ESQ., hereby submits and files this motion asking the court to direct the Probation Department to prepare a Pre-Plea Presentence Report.

DATED: May 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jess R. Marchese
　　　　　　　　　　　　　　　　　　　　　　　　JESS R. MARCHESE, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　Nevada bar #8175
　　　　　　　　　　　　　　　　　　　　　　　　601 S. Rancho Drive, B-14
　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89106
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## POINTS AND AUTHORITIES

Defendant Alberto "Gina" Lopez-Benitez has an outstanding plea offer that was made to her. However, she is unsure of his actual criminal history category due to the fact that he has criminal history contacts outside the local jurisdiction and aliases. As such, the undersigned is uncomfortable advising her as to what criminal her criminal history is as we are unaware of what convictions there are, whether she was represented by counsel, whether there were other cases open at the time, and all other salient information needed to properly calculate her criminal history category. As such, a Pre-Plea Presentence Report would be best to help to ascertain these facts.

Counsel has spoken to the United States Attorney assigned to this case, Mr. Joshua Brister, Esq., and he does not object to this request.

DATED: May 30, 2023,

/s/ Jess R. Marchese
JESS R. MARCHESE, ESQ.
Nevada bar #8175
Attorney for Defendant

IT IS SO ORDERED.
Dated: May 31, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge